THE STATE EX REL. KRINER, APPELLANT, *v.* LTV STEEL COMPANY ET AL.,

APPELLEES.

[Cite as *State ex rel. Kriner v. LTV Steel Co.* (1998), ___ Ohio St.3d ___.]

*Workers' compensation -- Court of appeals' judgment affirmed.*

(No. 97-1183 – Submitted October 27, 1998 – Decided December 30, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 96APD05-657.

_____

*Shapiro, Kendis & Associates Co., L.P.A.*, and *Rachel B. Jaffy*, for appellant.

*Manchester, Bennett, Powers & Ullman, L.P.A.*, and *Joseph R. Young, Jr.*, for appellee LTV Steel Co.

*Betty D. Montgomery*, Attorney General, and *Michael A. Vanderhorst*, Assistant Attorney General, for appellee Industrial Commission.

_____

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

F.E. SWEENEY, J., dissents.